1

2

3

4

5

6

7

LAW OFFICE OF FRANK SORRENTINO
FRANK SORRENTINO, ESQ.
Nevada Bar No. 000421
ANTHONY V. SORRENTINO, ESQ.                    **E-filed:  6/27/12**
Nevada Bar No. 000420
1118 E. Carson Ave.
Las Vegas, Nevada   89101
E-Mail: carson@franksorrentino.com
(702) 384-6824
Attorneys for Debtors

8

9

10

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

11

12

13

14

15

| | | |
|---|---|---|
| In re: | ) | BK-S-12-14295-BAM |
| | ) | Chapter 13 |
| **ESTEBAN FRAGA and** | ) | Trustee: Rick A. Yarnall |
| **OFELIA FRGA** | ) | |
| | ) | |
| Debtors. | ) | Date:  June 21, 2012 |
| _____ | ) | Time:  3:15 p.m. |

16

17

**CERTIFICATE OF MAILING OF ORDER GRANTING MOTION TO VALUE COLLATERAL, "STRIP OFF" AND MODIFY RIGHTS OF BANK OF AMERICA, NA, PURSUANT TO 11 U.S.C. §506(a) AND §1322**

18

19

20

21

22

23

24

25

26

27

28

I hereby certify that I am an employee of the LAW OFFICE OF FRANK

SORRENTINO; that I am over the age of 18 years; that on this 27th day of June, 2012,

I served a copy of the ORDER GRANTING MOTION TO VALUE COLLATERAL,

"STRIP OFF" and MODIFY RIGHTS OF BANK OF AMERICA, NA, PURSUANT TO 11

U.S.C. §506(a) AND §1322 electronically or by regular mail by depositing copies in

sealed envelopes containing first class prepaid postage to all interested parties,

including the addresses listed below:

...

1

2   Seterus, Inc.
    Attention:  Resident Agent or
3   Managing Agent or
    Other Officer of Seterus, Inc.
4   14523 SW Millikan Way, Ste. #200
    Beaverton, OR 97005
5

6   Bank of America, NA
    Attention:  Resident Agent or
7   Managing Agent or
    Other Officer of Bank of America, NA
8   450 American St.
    Simi Valley, CA 93065
9

10

11  Bank of America Home Loans
    Attention: Resident Agent or
12  Managing Agent or
    Other Officer of Bank of America Home Loans
13  7105 Corporate Dr.
    Plano, TX 75024-4100
14

15

16  Bank of America
    Attention: Resident Agent or
17  Managing Agent or
    Other Officer of Bank of America
18  4161 Piedmont Pky.
    Greensboro, NC 27410-8110
19

20

21  Seterus
    Attention: Resident Agent or
22  Managing Agent or
    Other Officer of Seterus
23  PO Box 2008
    Grand Rapids, MI 49501
24

25  ...

26  ...

27  ...

28

                              -2-

1

2   Seterus, Inc.
    Attention: Resident Agent or
3   Managing Agent or
    Other Officer of Seterus, Inc.
4   PO Box 4121
    Beaverton, OR 97076-4121
5

6   Seterus, Inc.
    c/o McCarthy & Holthus
7   9510 W. Sahara Ave., Ste. #110
    Las Vegas, NV 89117
8

9

10  Bank of America, NA
    Attention: Resident Agent or
11  Managing Agent or
    Other Officer of Bank of America, NA
12  PO Box 650070
    Dallas, TX 75265-0070
13

14

15  Bank of America, NA
    Attention: Resident Agent or
16  Managing Agent or
    Other Officer of Bank of America, NA
17  PO Box 5170
    Simi Valley, CA 93062-5170
18

19

20  Bank of America, NA
    c/o Prober & Raphael
21  20750 Ventura Blvd., Ste. #100
    Woodland Hills, CA 91364
22

23

24  Rick A. Yarnall
    Chapter 13 Trustee
    701 Bridger Ave., Ste. #820
25  La Vegas, NV 89101

26

27  Office of the U.S. Trustee
    300 S. Las Vegas Blvd., Ste. #4300
28  Las Vegas, NV  89101

–3–

1

2   Esteban Fraga and
    Ofelia Fraga
3   1814 Poplar Ave.
    Las Vegas, NV 89101
4

5

6

7   By: /s/ Judy Shively
                    An employee of
8                   LAW OFFICE OF FRANK SORRENTINO

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28