_____
Honorable Laurel E. Davis
United States Bankruptcy Judge

Entered on Docket
January 23, 2015

Kristin A. Schuler-Hintz, Esq., Nevada SBN 7171
Sherry A. Moore, Esq., Nevada SBN 11215
**McCarthy & Holthus, LLP**
9510 West Sahara Avenue, Suite 200
Las Vegas, NV 89117
Phone (702) 685-0329
Fax (866) 339-5691
NVBK@McCarthyHolthus.com

Attorney for: Secured Creditor, Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In re: | ) Case No.: 12-14295-led |
|---|---|
| Esteban Fraga, | ) Chapter 13 |
| Ofelia Fraga, | ) |
| | ) DATE: 1/21/15 |
| Debtors. | ) TIME: 1:30 pm |
| | ) |
| | ) **ORDER TERMINATING** |
| | ) **AUTOMATIC STAY** |
| | ) |

The Motion for Relief From Automatic Stay came on regularly for hearing at the date and time set forth above before the United States Bankruptcy Court. Upon review of the Motion and supporting evidence, and good cause appearing, the Court rules as follows:

*Rev. 12.09*                                                                      M&H File No. NV-12-73183
                                                                                        12-14295-led

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay provisions of 11 U.S.C. §362 be and are hereby terminated with respect to the interests of Movant in the real property commonly known as 1814 Poplar Avenue, Las Vegas, NV 89101.

IT IS SO ORDERED.

Submitted by:
McCarthy & Holthus, LLP

*/s/Sherry A. Moore, Esq.*_____
Sherry A. Moore, Esq.
Kristin A. Schuler-Hintz, Esq.
9510 West Sahara Avenue, Suite 200
Las Vegas, NV 89117
(702) 685-0329

Approved/Disapproved

*Served with Motion for Relief on 12/22/14-no response received*
Daniel P. Rickert, Esq.
1118 East Carson Avenue
Las Vegas, NV 89101
702-384-6824

Approved/Disapproved

*Served with Motion for Relief on 12/22/14-no response received*
Rick A. Yarnall
701 Bridger Ave., #820
Las Vegas, NV 89101

ALTERNATIVE METHOD re; RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐ The court has waived the requirement set forth in LR 9021(b)(1).

☒ No party appeared at the hearing or filed an objection to the motion.

☐ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: None

Unrepresented parties appearing: None

Trustee: No Appearance at Hearing; No additional Service required.

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Submitted by:
McCarthy & Holthus, LLP

/s/ Sherry A. Moore
Sherry A. Moore, Esq.
Kristin A. Schuler-Hintz, Esq.

### 

*Rev. 12.09*     M&H File No. NV-12-73183
     12-14295-led